IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>PATRICK LLOYD HOFSTAD, and<br>HENRY LEE GIPP,<br><br>      Defendants. | Case No. 1:13-cr-00018<br><br>**UNITED STATES' WITNESS LIST** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Special Assistant United States Attorney, submits the following witness list:

1. **S/A Jeremy Curtis,** Metro Area Narcotics Task Force

2. **S/A Robert Fontenot,** Metro Area Narcotics Task Force

3. **Ward Williams,** Metro Area Narcotics Task Force

4. **S/A Casey Miller,** Metro Area Narcotics Task Force

5. **S/A Marc Laurie,** Drug Enforcement Administration

6. **Dustin Olson,** Metro Area Narcotics Task Force

7. **S/A Gerald White,** Bureau of Indian Affairs

8. **S/A Ben Leingang,** Metro Area Narcotics Task Force

9. **Luke Gardiner,** Metro Area Narcotics Task Force

10. **Steven A. Bohl,** North Dakota Parole/Probation Office

**11.** **Laura Makeeff**

**12.** **Robert Martell**

**13.** **Nathan Fehl-Haber**

**14.** **Christie Thomas**

**15.** **Melissa Crockett**

**16.** **Jill Zander**

Dated: March 21, 2016.

                              CHRISTOPHER C. MYERS
                              United States Attorney

By:   */s/  Dawn M. Deitz*
        DAWN M. DEITZ
        Special Assistant United States Attorney
        P.O. Box 699
        Bismarck, ND  58502-0699
        (701) 530-2420
        ND Bar Board ID No. 06534
        ddeitz@usa.doj.gov