IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK LLOYD HOFSTAD, and<br>HENRY LEE GIPP,<br><br>    Defendants. | Case No. 1:13-cr-00018<br><br>**UNITED STATES' AMENDED WITNESS LIST** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Special Assistant United States Attorney, submits the following witness list:

1. **S/A Robert Fontenot,** Metro Area Narcotics Task Force

2. **Ward Williams,** Metro Area Narcotics Task Force

3. **S/A Casey Miller,** Metro Area Narcotics Task Force

4. **S/A Marc Laurie,** Drug Enforcement Administration

5. **Dustin Olson,** Metro Area Narcotics Task Force

6. **S/A Gerald White,** Bureau of Indian Affairs

7. **S/A Ben Leingang,** Metro Area Narcotics Task Force

8. **Luke Gardiner,** Metro Area Narcotics Task Force

9. **Steven A. Bohl,** North Dakota Parole/Probation Office

10. **Mike Bolme**, Bismarck Police Department

11.  **Matt Wingenbach**, Burleigh County Sheriff's Department

12.  **Loren Grensteiner**, Bismarck Police Department

13.  **Nate McLeish**, Metro Area Narcotics Task Force

14.  **Laura Makeeff**

15.  **Robert Martell**

16.  **Nathan Fehl-Haber**

17.  **Christie Thomas**

18.  **Melissa Crockett**

19.  **Jill Zander**

Dated: March 22, 2016.

                            CHRISTOPHER C. MYERS
                            United States Attorney

By:   */s/  Dawn M. Deitz*
       DAWN M. DEITZ
       Special Assistant United States Attorney
       P.O. Box 699
       Bismarck, ND  58502-0699
       (701) 530-2420
       ND Bar Board ID No. 06534
       ddeitz@usa.doj.gov