PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Henry Lee Gipp          Case Number:   0868 1:13CR00018

Name of Sentencing Judicial Officer:   Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence:  July 25, 2016

Original Offense:         Conspiracy to Distribute and Possess with Intent to Distribute
                          Methamphetamine

Original Sentence:        60 months with credit for time served, 4 years supervised release

Type of Supervision:  TSR          Date Supervision Commenced:  11/27/2018

Asst. U.S. Attorney: Dawn M. Deitz          Defense Attorney: James M. Cailao

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
| --- | --- |
| 1. | Standard Condition #9: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. The defendant continued to associate with individuals with felony records without permission from the probation officer. |
| 2. | Standard Condition #1: The defendant shall not leave the judicial district without the permission of the court or the probation officer. The defendant traveled to South Dakota and Minnesota during the month of July 2019 without prior approval. |
| 3. | Standard Condition #3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. On July 24, 2019, |

PROB 12C
(Rev. 2/13)
Gipp, Henry
0868 1:13CR00018

the defendant was directed to cease contact with Richard Carrillo and any affiliation with LIT management. The defendant failed to do so.

4.       Special Condition #3: The defendant shall totally abstain from the use of alcohol and illegal drugs. On August 8, 2019, the defendant admitted to consuming alcohol on a number of occasions in the past couple months.

5.       Special Condition #7: The defendant shall submit his person, residence, workplace, vehicle, computer, and/or possessions to a search conducted by a United States Probation Officer. The defendant refused to provide his password for his iphone.

U.S. Probation Officer Recommendation:

☐   The term of supervision should be:

☒   Revoked.

☐   Extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2019

/s/ Heather Klemetson
U.S. Probation Officer

THE COURT ORDERS:

☐   No Action.

☒   The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐   The Issuance of a Summons.

☐   Other

Signature of Judicial Officer

Aug. 8, 2019
Date